PEOPLE V GARCIA. (Docket No. 55926.) Motion by plaintiff and appellee for reconsideration and to strike this Court's order of November 28, 1975, is denied. *Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *Harvey A. Koselka,* Prosecuting Attorney, and *Dennis M. Powers,* Special Assistant Attorney General, for the people.

SILISKY V MCGRAW-EDISON COMPANY. (Docket No. 58461.) Application for emergency leave to appeal prior to decision by the Court of Appeals and motion for immediate consideration are considered. The motion for immediate consideration filed on behalf of defendant-appellant is granted. The application for emergency leave to appeal prior to decision by the Court of Appeals is denied as moot, it appearing that the Court of Appeals reached a decision in the matter by an order of May 17, 1976. *Zeff & Zeff* for plaintiff-appellee. *Plunkett, Cooney, Rutt, Watters, Stanczyk & Pedersen* for defendant-appellant Brooker Electric Company. Case below, Court of Appeals No. 28646, order of May 17, 1976.

ALBERT KAHN ASSOCIATES, INC V COURT OF APPEALS. (Docket No. 58462.) Complaint for superintending control, motion for immediate consideration, thereof, motion for oral argument and the supplemental complaint for writ of superintending control filed on behalf of plaintiff are considered. Now, it is therefore ordered, that the motion for immediate consideration be, and the same is granted. The complaint for writ of superintending control, motion for oral argument, and the supplemental complaint for writ of superintending control are denied. *Sullivan, Ranger, Ward & Bone* for plaintiff. *Zeff & Zeff* for Mildred Silisky.

IN THE MATTER OF KAPCIA. (Docket No. 58403.) The request by the Judicial Tenure Commission for the appointment of a master pursuant to GCR 1963, 932.10(b), is considered, and Norman A. Baguley, Judge of the 40th Judicial Circuit, is designated as master to consider Formal Complaint No. 17. *Brian J. McMahon,* Executive Director and General Counsel, Judicial Tenure Commission, petitioner.

PEOPLE V EUGENE THOMAS. (Docket No. 57639.) Defendant has requested appointment of counsel under Administrative Order No. 1975-9, 395 Mich xliii. The request, the Court of Appeals record and the trial court record have been considered, and the request is denied because the Court finds an inadequate basis for granting it. Eugene Thomas, *in propria persona,* appellant.